**DISMISS and Opinion Filed May 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01054-CV**

**IN RE ESTATE OF THOMAS TAIT KELLAM, DECEASED**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-02632-2**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Emily Miskel/
EMILY MISKEL
JUSTICE

221054f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE ESTATE OF THOMAS TAIT
KELLAM, DECEASED

No. 05-22-01054-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-19-02632-2.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Glynis Redwine recover her costs of this appeal from appellant Pennymac Loan Services, LLC.

Judgment entered this 11th day of May, 2023.